PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** RAINEY, Tajiddan     **Docket Number:** 05-00881-001
                                            **PACTS Number:** 44609

**Name of Sentencing Judicial Officer:** The Honorable Dickinson R. Debevoise, Sr. U.S.D.J.

**Date of Original Sentence:** 03/26/2007

**Original Offense:** Unlawful Possession of a Firearm by a Convicted Felon

**Original Sentence:** 57 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: 1) drug testing/treatment; and 2) DNA collection.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 11/13/2009

**Assistant U.S. Attorney:** Robert L. Frazer, 970 Broad Street, Room 502 Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Peter Carter, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant to act as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On August 5, 2010, Rainey was arrested by Newark, New Jersey Police Department and charged with aggravated assault and multiple gun-related offenses. Specifically, on July 23, 2010, at approximately 12:46a.m., near the intersection of Prince and Court Streets, the offender shot at a victim after firing two shots into the air. The case is pending disposition within New Jersey Superior Court, Essex County. |

| | |
|---|---|
| 2 | The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**' |
| | As detailed in Violation #1, Rainey, a convicted felon, unlawfully possessed a firearm. |
| 3 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to report to the probation office as directed on July 27, 2010. In addition, he failed to submit a monthly written report within the allotted time period for the following months: April 2010, May 2010, and June 2010. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer

*Joseph Empirio*

Date: 08/06/10

THE COURT ORDERS:

[X] The Issuance of a Warrant to Act as a Detainer in Essex County and Bail Revoked.
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

August 11, 2010
Date