UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-881 (DRD) |
| v. | : | |
| TAJIDDAN RAINEY | : | O R D E R |

    This matter having come before the Court on application of the United States Attorney for the District of New Jersey (by Fabiana Pierre-Louis, Assistant United States Attorney), for an order releasing the Grand Jury transcripts of the proceedings held by the Essex County Prosecutor's Office on November 18, 2010 regarding defendant Tajiddan Rainey and the Essex County Prosecutor's Office file regarding Tajiddan Rainey's August 2, 2010 arrest; and

    IT APPEARING that defendant Tajiddan Rainey will appear before the Court on January 18, 2011 at 2:00 p.m. for a violation of supervised release hearing; and

    IT APPEARING that the subject of the alleged violation of supervised release will testify before the Court on January 18, 2011 at the hearing; and

    IT APPEARING that the subject of the alleged violation of supervised release testified before the state Grand Jury and those proceedings being relevant to the matter pending before the Court; and good and sufficient cause having been shown,

IT IS on this 20th day of December, 2010,

ORDERED that the transcripts of the Grand Jury proceedings conducted by the Essex County Prosecutor's Office on November 18, 2010 regarding Tajiddan Rainey be released to the United States Attorney's Office for the District of New Jersey;

IT IS FURTHER ORDERED that the Essex County Prosecutor's Office file regarding Tajiddan Rainey's August 5, 2010 arrest be released to the United States Attorney's Office for the District of New Jersey.

SO ORDERED.

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge