UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 05-881 (DRD) |
| TAJIDDDAN RAINEY | : | ORDER |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Tajiddan Rainey (Peter Carter, AFPD, appearing) to comply with certain conditions of supervised release imposed on March 26, 2007; and defendant having waived the hearing as to the petition and having admitted violating "Violation No.3," which required that he "report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month," and the Court having concluded that defendant Tajiddan Rainey has violated the aforementioned terms and conditions of his supervised release; and for good cause shown;

IT IS on this 11th day of March, 2011,

ORDERED that the term of defendant's original supervised release sentence is hereby revoked; and

IT IS FURTHER ORDERED that defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of fourteen (14) months; and

IT IS FURTHER ORDERED that defendant is to be accorded credit for time already served awaiting the disposition of the aforementioned violations; and

IT IS FURTHER ORDERED that upon release of defendant after the term of

imprisonment, defendant will no longer be subject to any further supervised release; and

IT IS FURTHER ORDERED that Violation Nos. 1 and 2 of the Petition dated August 6, 2010 and entered August 12, 2010 are hereby dismissed; and

IT IS FURTHER ORDERED that all other conditions of the Judgment of Conviction, entered in this matter on March 26, 2007 shall remain in full force and effect.

HONORABLE DICKINSON R. DEBEVOISE
Senior United States District Judge